UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA,<br><br>  v.<br><br>MIQUEL MORROW, *et al.*,<br><br>  Defendants. | Criminal Action No. 04-355 (CKK) |
|---|---|

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 9th day of June, 2005, hereby

**ORDERED** that [363] Defendant Aaron Perkins' Motion to Exclude Contaminated DNA Samples Obtained From Brinkley Road Search and [381] Defendant Aaron Perkins' Revised Motion to Exclude Contaminated DNA Samples Obtained From Brinkley Road Search are DENIED; it is further

**ORDERED** that the methodologies used by the Government in the collection and analysis of its DNA evidence presented at trial is deemed consonant with the requirements of *Daubert*, Federal Rule of Evidence 702, and Federal Rule of Evidence 403.  As such, the DNA-related evidence put forth by the Government at trial is deemed ADMITTED for the jury's consideration.

**SO ORDERED**.

  */s/*  
  COLLEEN KOLLAR-KOTELLY
  United States District Judge