UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRYAN BURWELL,<br>AARON PERKINS,<br><br>Defendants. | Criminal No. 04cr355-05 (CKK/MAU)<br>Criminal No. 04cr355-06(CKK/MAU) |

**ORDER**
(February 7, 2025)

Pending before this Court is Defendants' [1177] Response to Government Status Report and Motion to Lift Special Conditions of Release – relating to Defendants Bryan Burwell ("Burwell") and Aaron Perkins ("Perkins") – and the Government's [1181] Response to Defendants' Motion. On December 23, 2024, Magistrate Judge Moxila A. Upadhyayay released Defendants Burwell and Perkins, subject to certain conditions of release, including, *inter alia*, a curfew from 11pm to 6am and the imposition of electronic monitoring. *See* Order Setting Conditions of Release, ECF No. 1169 (Burwell's conditions); Order Setting Conditions of Release, ECF No. 1170 (Perkins' conditions). On that same date, this Court set a follow-up status hearing for January 29, 2025. *See* December 23, 2024 Minute Order.

Just prior to the start of that January 29, 2025, Defendants filed the instant Motion to Lift Special Conditions of Release. At that hearing, the Court granted Defendants' unopposed request to remove the curfew condition and set a date for the Government to provide its position on Defendants' request to remove the electronic monitoring condition, which the Government opposed orally. *See* January 29, 2025 Minute Order.

On February 6, 2025, the Pretrial Services Agency for the District of Columbia ("PSA")

filed a [1179] Status Report noting that PSA "does not have a stand-alone GPS monitoring program," and to monitor the Defendants with GPS, there would have to be a curfew in place. In its Response to Defendants' Motion, the Government notes that, on February 7, 2025, it "confirmed that the [D]efendants have not violated any conditions of release." Govt. Resp., ECF No. 1181, at 2. The Government indicates further that it "does not oppose the removal of the GPS monitoring as a condition of the [D]efendants' release." *Id.* Accordingly, it is this 7th day of February 2025,

    **ORDERED** that Defendants' [1177] Motion is GRANTED. Defendant Bryan Burwell's and Defendant Aaron Perkins' conditions of release are both modified to remove the electronic monitoring condition, in addition to the curfew condition.

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

2